# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT DESROSIERS, et al., | ) | 1:93cv05707 LJO DLB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER REGARDING REQUEST FOR |
| v. | ) | RELEASE OF ACCOUNT |
| | ) | (Document 473) |
| MITSUBISHI AIRCRAFT INTERNATIONAL, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On April 23, 2012, Petitioner Sarah Garnett Mengers (formerly Sarah M. Garnett) filed a disbursement request.  Ms. Mengers has requested that the district court release the balance of funds held in trust for her benefit in the federally insured financial institution, USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, Texas 78284, account number 00030-1918-7.  The balance of the account is $34.15.

Previously, on August 16, 2007, the district court authorized disbursement of the balance of this account ($8,830.32) to Kelly S. Russell to pay to or on behalf of Sarah M. Garnett (now Mengers) the expenses related to Sarah M. Garnett's college education.  *Kelly Garnett v. The Flight International Group Inc., et al.*, 1:93-cv-05733-OWW, Document 37.  Based on the renewed request, it appears that a balance remains in the trust account.  Ms. Mengers now requests direct release of the account balance because she has reached 22 years of age.

1  Good cause having been shown for the disbursement of the balance of the account to
2  Sarah Garnett Mengers, it is HEREBY AUTHORIZED that the balance of funds held in USAA
3  Federal Savings Bank account number 03-1918-7 be disbursed to or on behalf of Sarah Garnett
4  Mengers (formerly Sarah M. Garnett).

   IT IS SO ORDERED.

   Dated:   **May 16, 2012**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE